**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY CO. OF AMERICA, et al., | ) ) ) | CASE NO. 1:20CV251 |
| Plaintiffs, | ) ) | JUDGE CHRISTOPHER A. BOYKO |
| vs. | ) ) | |
| NRP CONTRACTORS, LLC, et al., | ) ) | OPINION AND ORDER |
| Defendants. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

On January 2, 2020, Plaintiffs filed their Complaint in Cuyahoga County Court of Common Pleas. (Doc. 1-1). On February 5, 2020, Defendant R.M. Riggle Enterprises, Inc., with the consent of the other co-defendants, filed a Notice of Removal with this Court. (Doc. 1). Defendant Riggle alleged removal was proper under this Court's diversity-jurisdiction, 28 U.S.C. § 1332.

On February 10, 2020, the Court issued its Show Cause Order, directing Defendants to demonstrate diversity existed among the corporate entities. (Doc. 10). On March 5, 2020, Plaintiff Commerce Park Place Holdings, LLC timely filed its Motion to Remand for Violation of No-Local-Defendant Rule. (Doc. 19). In its Motion, Plaintiff asked for the Court to both remand to State Court and award attorney's fees in accordance with 28 U.S.C. § 1447. (*Id.*). On March 9, 2020, Defendant Riggle filed a Response. (Doc. 20). In its Response, Defendant stipulated to remand but opposed an award of attorney's fees. (*Id.*). No other parties have opposed remand to State court. On April 24, 2020, Plaintiff withdrew its request for attorney's fees. (Doc. 44).

Based on Plaintiff's most recent filing, no issues remain in dispute. Therefore, Plaintiff's Motion to Remand this case to State court (Doc. 19) is **GRANTED**; and all remaining motions are **DENIED as moot**.

    **IT IS SO ORDERED.**

                                  s/ Christopher A. Boyko
                                  **CHRISTOPHER A. BOYKO**
                                  **Senior United States District Judge**

**Dated: April 29, 2020**